FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 15 PM 4:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TOM K. STEWART                                      CIVIL ACTION

VERSUS                                              NO: 05-2198-MLCF-SS

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that defendant's cross-motion for summary judgment (Rec. doc. 14) is GRANTED and plaintiff's motion for summary judgment (Rec. doc. 13) is DENIED.

New Orleans, Louisiana, this 15th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
_X_ CtRmDep___
___ Doc. No___